IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tucker, Dora L | Case Number:  05 B 01719 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  1/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  June 2, 2008
Confirmed:  February 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,391.40 | |
| Secured: | | 10,427.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,242.70 |
| Trustee Fee: | | 721.40 |
| Other Funds: | | 0.00 |
| Totals: | 14,391.40 | 14,391.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,242.70 | 3,242.70 |
| 2. | Triad Financial Services | Secured | 15,199.46 | 10,427.30 |
| 3. | Americash Loans, LLC | Unsecured | 29.74 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 842.56 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 61.48 | 0.00 |
| 6. | Capital One | Unsecured | 142.05 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 126.81 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 68.28 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 330.07 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 51.33 | 0.00 |
| 12. | Midwest Verizon Wireless | Unsecured | 9.43 | 0.00 |
| 13. | Household Bank FSB | Unsecured | | No Claim Filed |
| 14. | CB USA Sears | Unsecured | | No Claim Filed |
| 15. | DMCCB | Unsecured | | No Claim Filed |
| 16. | Check Into Cash | Unsecured | | No Claim Filed |
| 17. | Best Buy | Unsecured | | No Claim Filed |
| 18. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 19. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 20. | Village of Forest Park | Unsecured | | No Claim Filed |
| 21. | Black Expressions | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,123.91 | $ 13,670.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tucker, Dora L | Case Number: 05 B 01719 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 1/19/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 55.63 |
| 3% | 35.76 |
| 5.5% | 187.31 |
| 5% | 51.09 |
| 4.8% | 106.25 |
| 5.4% | 248.29 |
| 6.5% | 37.07 |
| | _____ |
| | $ 721.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

